
EXHIBIT 2

IN THE DISTRICT COURT OF JOHNSTON COUNTY,
STATE OF OKLAHOMA

| | |
|---|---|
| LEDA WALTERS, | ) |
| Plaintiff, | ) |
| -vs- | ) CJ-2020-40 |
| DG STRATEGIC II, LLC<br>DOLGENCORP, LLC<br>DOLLAR GENERAL | ) |
| Defendants, | ) |

FILED IN
JOHNSTON COUNTY
TISHOMINGO, OKLAHOMA

NOV 1 6 2020

_____ O' CLOCK _____ M.
CASSANDRA SLOVER, COURT CLERK
By_____ Deputy

**PETITION**

Plaintiff, Leda Walters, by and through her attorney, J.P. Longacre, and for her said cause of action against Defendants alleges and states as follows:

1) The Defendant DG Strategic II, LLC owns the property at address 405 S. Choctaw Avenue, Wapanucka, OK 73461 by virtue of Warranty Deed filed in the Johnston County Clerk's Office at Book 328, page 508.

2) That at said location Defendant DG Strategic II, LLC, Defendant Dollar General and Defendant Dolgencorp, LLC operate a business hereinafter referred to as DG.

3) On or about August 24, 2019, in Johnston County, Oklahoma, Plaintiff was an invitee of DG in Wapanucka, Oklahoma. More specifically, store number 16,353. Plaintiff alleges that she was on the premises at the express or implied invitation of DG for some purpose in which DG had some interest of business or commercial significance, which business may be of mutual interest, or in connection with the owner's/occupant's business

4) Walters claims that DG was negligent and that her injuries were proximately caused by DG's negligence.

5) Walters further alleges a claim for premises liability. Walters alleges that DG owed her a duty as an invitee and breached said duty by failing to disclose dangers known to the owner and by failing to exercise reasonable care to keep the premises in a reasonably safe condition for the reception of the visitor.

6) While entering the store Walters slipped and fell on a wet surface. DG has a duty to keep its floor reasonably safe for its customers. DG has a duty to either remove or warn its customers of any dangerous objects on the floor, such as water or other slippery substances that store employees actually knew about, or should have known about in the exercise of reasonable care, or that were put on the floor by a store employee. This duty covers all parts of the store where customers may reasonably be expected to go. Plaintiff asserts that defendants breached said duty and that her injuries were directly and proximately caused by DG in the following particulars, to wit:

    A. DG knew that the entry way of this store location was prone to standing water and that same caused the concrete to become slick. Despite said knowledge they failed to put out any warning signs, rubber mats, failed to remedy the problem and had signs at shoulder level serving as a distraction to customers.

    B. DG and or their agents did not take proper precautions to ensure that liquids were cleaned off of the floor;

    C.    Defendants and or their agents failed to provide a clean area to ensure customer safety;

    E.    Defendants and or their agents failed to act as a reasonable and prudent person or proprietor would in warning its patrons of liquids.

7) Venue is proper because the incident occurred in Johnston County, Oklahoma.

8) For her injuries, Plaintiff has been required to seek medical treatment. Furthermore, Plaintiff has suffered mental anguish and physical pain and suffering from her injuries and will suffer mental anguish, physical pain and suffering in the future.

Wherefore, this Plaintiff prays for judgment against the Defendant in an amount in excess of $75,000.00, the exact amount of which will be ascertained and proven at trial, together with costs, attorney fees and such other relief this Court deems they are entitled to.

Respectfully submitted,
J.P. Longacre, P.C.

J.P. Longacre, OBA#19516
117 N Central
Idabel, OK 74745
580-286-6636
580-286-6632 *facsimile*
ATTORNEY FOR THE PLAINTIFF

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED